UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Davis*, Case No. 3:20-cv-05865 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Court has been informed that the above-captioned Claimant is taking the steps necessary to complete his Registration as a Participating Claimant in the Settlement Program. Therefore, the Court **DISMISSES** the above-entitled action from the active docket, as it has previously done when there is no controversy or dispute between the Parties requiring resolution by the Court. *See* ECF No. 4147 (Case No. 3:19-md-2885). In the event that the Claimant does not take the Registration opportunity and fails to return the Registration packet in the time and manner directed by BrownGreer, the Court reserves the power to reopen the case for further proceedings on a motion filed by any party and a showing of good cause.

At this time, the Clerk is directed to close the file for administrative purposes. On the expiration of sixty (60) days without activity, the dismissal is with prejudice

and the Clerk is directed to close the case in its entirety for all purposes.[1]  Any pending motions are denied as moot.

**SO ORDERED**, on this 12th day of September, 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The dismissal does not impact Claimant's rights to receive any future Settlement Award payment(s) for which he is eligible.  Even upon dismissal with prejudice, the Court retains jurisdiction to reopen and reinstate the case until such time as the Claimant has been paid in full or has had the opportunity to be paid a Settlement Award.